CLEAR FORM

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

HENRY J. SCHLOGEL JR LLC, d.b.a. Hellfire: ALL
PLAINTIFF

802 KILBER CT 0043 STE
Address (No Post Office Boxes)

BELAIR  MARYLAND [26145363]
City    State    Zip Code

YOUR PRISONER ID No  424 303 459265

VS.

Case: 1:23-mc-00137
Assigned To : Unassigned
Assign. Date : 12/18/2023
Description: Misc.

HENRY JOHN SCHLOGEL JR
DEFENDANT

CIVIL ACTION NO. _____

Jury Trial: [ ] Yes  [ ] No

202 BLOW CT STE 1584
Address (No Post Office Boxes)

BELAIR  MARYLAND  [21014784]
City    State    Zip Code

**Affidavit of Discovery**

Miscellaneous file.

Signature: Schlogel-John: Henry
Agent: 4612
Name (if applicable, Prisoner ID No.)
P.O. BOX 1584
Address/Facility Address
Belair  Maryland
City    State    Zip Code
Without the United States
without recourse
All rights reserved

Rev: 01/10/2023
*Use additional pages as needed